1 | MICHAEL CHASTAINE, State Bar #121209
  | THE CHASTAINE LAW OFFICE
2 | 101 Parkshore Drive, Suite 100
  | Folsom, CA 95630
3 | Telephone: 916-732-7150

4 | Attorneys for Defendant
  | Chien Minh Le

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-00284-MCE |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | ) ) | |
| CHIEN MINH LE, et al., | ) ) | |
| Defendants. | ) | |

Defendant Chien Minh Le, by and through his attorney, Michael Chastaine, Hung Pham by and through his attorney Dina Santos, Quoc Long by and through his attorney Candice Fry, Tuan Chu by and through his attorney Hayes Gable, Phoung Pham by and through his attorney Michael Long, Quong Long by and through his attorney Mark Reichel, Thui Tran by and through her attorney Dave Fisher, Nhung Vu by and through his attorney Matthew Bockman, Diep Vu by and through his attorney, Erin Radekin, and the United States, by and through Assistant United States Attorney Todd Leras, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, August 26, 2010 at 9:00 a.m. to Thursday, October 14, 2010 at 9:00 a.m.  The continuance is requested to obtain and review the large amount of discovery that is expected to be provided within the week.

Dated: August 24, 2010                The CHASTAINE LAW OFFICE

                                      By:      /s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for Chien Minh Le

Dated: August 24, 2010

By: ____/s/ Dina Santos
       DINA SANTOS
       Attorney for Hung Pham

Dated: August 24, 2010

By: ____/s/ Candice Fry
       CNADICE FRY
       Attorney for Quoc Long

Dated: August 24, 2010

By: ____/s/ Hayes Gable
       HAYES GABLE
       Attorney for Tuan Chu

Dated: August 24, 2010

By: ____/s/ Michael Long
       MICHAEL LONG
       Attorney for Phoung Pham

Dated: August 24, 2010

By: ____/s/ Mark Reichel
       MARK REICHEL
       Attorney for Quong Long

Dated: August 24, 2010

By: ____/s/ Dave Fisher
       DAVE FISHER
       Attorney for Thui Tran

Dated: August 24, 2010

By: ____/s/ Erin Radekin
       ERIN RADEKIN
       Attorney for Diep Vu

Dated: August 24, 2010        OFFICE OF THE FEDERAL DEFENDER

By: ____/s/ Matthew Bockman
       MATTHEW BOCKMAN
       Attorney for Nhung Vu

Dated: August 24, 2010

BENJAMIN B. WAGNER
United States Attorney

By: ___/s/ Todd Leras
     TODD LERAS
     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, August 26, 2010 at 9:00 a.m. be continued to Thursday, October 14, 2010 at 9:00 a.m. and that the period from August 23, 2010 to October 14, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED: August 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE