**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP HOANG VU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DIEP HOANG VU, et al.<br><br>      Defendant. | Case No. 2:10-CR-00284 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, and defendant, Nhung Thi Vu, by and through his counsel, Matthew C. Bockman, defendant, Hung Ngoc Pham, by and through his counsel, Dina L. Santos, defendant, Cuong Thoi Long, by and through his counsel, Mark J. Reichel, defendant, Chien Le, by and through his counsel, Michael L. Chastaine, defendant, Thuy Thi Tran, by and through his counsel, David D. Fischer, defendant, Diep Hoang Vu, by and through his counsel, Erin J. Radekin, defendant, Phuong Pham, by and through his counsel, Michael D. Long, defendant, Long Quoc Bui, by and through his counsel, Candace A. Fry, and defendant, Tuan Chu, by and through his counsel, Hayes H. Gable, III, agree and stipulate to vacate the date set for status conference, October 14, 2010, at 9:00 a.m., in the above-captioned matter, and to continue the status conference to December 9, 2010 at 9:00 a.m.,

1 in the courtroom of the Honorable Morrison C. England.

2 The reason for this request is that counsel have received discovery, however, counsel are still
3 in the process of reviewing discovery, and additional time is needed for review of discovery and
4 preparation of counsel. The Court is advised that Mr. Leras concurs with this continuance and that
5 Mr. Leras, Mr. Bockman, Ms. Santos, Mr. Reichel, Mr. Chastaine, Mr. Fischer, Mr. Long, Ms. Fry
6 and Mr. Gable have authorized Ms. Radekin to sign this stipulation on his behalf.

7 The parties further agree and stipulate that the time period from the filing of this stipulation
8 until December 9, 2010 should be excluded in computing time for commencement of trial under the
9 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
10 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
11 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
12 outweigh the best interests of the public and the defendant in a speedy trial.

13 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

14 IT IS SO STIPULATED

15 Dated: October 13, 2010                     BENJAMIN WAGNER
                                               United States Attorney
16
                                           By:      /s/ Todd Leras
17                                             TODD LERAS
                                               Assistant United States Attorney
18

19 Dated: October 13, 2010                          /s/ Matthew C. Bockman
                                               MATTHEW C. BOCKMAN
20                                             Attorney for Defendant
                                               NHUNG THI VU
21

22 Dated: October 13, 2010                          /s/ Dina L. Santos
                                               DINA L. SANTOS
23                                             Attorney for Defendant
                                               HUNG NGOC PHAM
24

25 Dated: October 13, 2010                          /s/ Mark J. Reichel
                                               MARK J. REICHEL
26                                             Attorney for Defendant
                                               CHUONG THOI LONG
27

28 Dated: October 13, 2010                          /s/ Michael L. Chastaine
                                               MICHAEL L. CHASTAINE

|   |   |
|---|---|
|   | Attorney for Defendant<br>CHIEN LE |
| Dated: October 13, 2010 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>THUY THI TRAN |
| Dated: October 13, 2010 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>DIEP HOANG VU |
| Dated: October 13, 2010 | /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Defendant<br>PHUONG PHAM |
| Dated: October 13, 2010 | /s/ Candace A. Fry<br>CANDACE A. FRY<br>Attorney for Defendant<br>LONG QUOC BUI |
| Dated: October 13, 2010 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for Defendant<br>TUAN CHU |

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 14, 2010 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 9, 2010 at 9:00 a.m. The court finds excludable time in this matter through December 9, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE