**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIEP VU, et al.,<br><br>　　　　　Defendants. | 2:10-CR-00284-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Long Bui, by and through his counsel Candace Fry, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 9, 2010 at 9:00 a.m., and to continue status conference to February 3, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel need additional time to

review discovery and for defense preparation. The Court is advised that Mr. Leras concurs with this request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 3, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 6, 2010                    BENJAMIN WAGNER
                                           United States Attorney

                                           By:      /s/ Todd Leras
                                               TODD LERAS
                                               Assistant United States Attorney

Dated: December 6, 2010                         /s/ Matthew Bockmon
                                           MATTHEW BOCKMON
                                           Attorney for Defendant
                                           NHUNG VU

Dated: December 6, 2010                         /s/ Dina Santos
                                           DINA SANTOS
                                           Attorney for Defendant
                                           HUNG PHAM

Dated: December 6, 2010                         /s/ Mark Reichel
                                           MARK REICHEL
                                           Attorney for Defendant
                                           CUONG LONG

Dated: December 6, 2010                         /s/ David Fischer
                                           DAVID FISCHER
                                           Attorney for Defendant
                                           THUY TRAN

///

1  | / /

2  | Dated: December 6, 2010                             /s/ Michael Chastaine
                                                         MICHAEL CHASTAINE
3                                                        Attorney for Defendant
                                                         CHIEN LE
4

5  | Dated: December 6, 2010                             /s/ Candace Fry
                                                         CANDACE FRY
6                                                        Attorney for Defendant
                                                         LONG BUI
7

8  | Dated: December 6, 2010                             /s/ Hayes H. Gable, III
                                                         HAYES H. GABLE, III
9                                                        Attorney for Defendant
                                                         TUAN CHU
10

11 | Dated: December 6, 2010                             /s/ Erin J. Radekin
                                                         ERIN J. RADEKIN
12                                                       Attorney for Defendant
                                                         DIEP VU
13

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 9 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on February 3, 2011 at 9:00 a.m. The court finds excludable time in this matter through February 3, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE