1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:10-CR-00284-MCE** |
| Plaintiff, | |
| v. | |
| DIEP VU, et al., | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Long Bui, by and through his counsel Candace Fry, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 9, 2010 at 9:00 a.m., and to continue status conference to February 3, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel need additional time to

1  review discovery and for defense preparation.  The Court is advised that Mr. Leras concurs with this
2  request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this
3  stipulation on their behalf.

4     The parties further agree and stipulate that the time period from the filing of this stipulation
5  until February 3, 2011 should be excluded in computing time for commencement of trial under the
6  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
8  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
9  outweigh the best interests of the public and the defendant in a speedy trial.

10    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
11 IT IS SO STIPULATED

12
   Dated: December 6, 2010                         BENJAMIN WAGNER
13                                                 United States Attorney

14                                                 By:      /s/ Todd Leras
                                                   TODD LERAS
15                                                 Assistant United States Attorney

16
   Dated: December 6, 2010                                /s/ Matthew Bockmon
17                                                 MATTHEW BOCKMON
                                                   Attorney for Defendant
18                                                 NHUNG VU

19
   Dated: December 6, 2010                                /s/ Dina Santos
20                                                 DINA SANTOS
                                                   Attorney for Defendant
21                                                 HUNG PHAM

22
   Dated: December 6, 2010                                /s/ Mark Reichel
23                                                 MARK REICHEL
                                                   Attorney for Defendant
24                                                 CUONG LONG

25
   Dated: December 6, 2010                                /s/ David Fischer
26                                                 DAVID FISCHER
                                                   Attorney for Defendant
27                                                 THUY TRAN

28 / / /

1 | / /

2 | Dated: December 6, 2010                    /s/ Michael Chastaine
MICHAEL CHASTAINE
3 | Attorney for Defendant
CHIEN LE

5 | Dated: December 6, 2010                    /s/ Candace Fry
CANDACE FRY
6 | Attorney for Defendant
LONG BUI

8 | Dated: December 6, 2010                    /s/ Hayes H. Gable, III
HAYES H. GABLE, III
9 | Attorney for Defendant
TUAN CHU

11 | Dated: December 6, 2010                    /s/ Erin J. Radekin
ERIN J. RADEKIN
12 | Attorney for Defendant
DIEP VU

### ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 9 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on February 3, 2011 at 9:00 a.m.  The court finds excludable time in this matter through February 3, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 7, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-