1 **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DIEP VU, et al.,<br><br>              Defendants. | 2:10-CR-00284-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Long Bui, by and through his counsel Candace Fry, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 3, 2011 at 9:00 a.m., and to continue the status conference to March 24, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel need additional time for defense preparation and plea negotiations. The Court is advised that Mr. Leras concurs with this

1  request and that he and all defense counsel named above have authorized Ms. Radekin to sign this
2  stipulation on their behalf.
3        The parties further agree and stipulate that the time period from the filing of this stipulation
4  until March 24, 2011 should be excluded in computing time for commencement of trial under the
5  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
6  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
7  preparation. It is further agreed and stipulated that the ends of justice served in granting the request
8  outweigh the best interests of the public and the defendant in a speedy trial.
9        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
10 IT IS SO STIPULATED

11
12 Dated: January 31, 2011       BENJAMIN WAGNER
         United States Attorney
13       By:    /s/ Todd Leras
         TODD LERAS
14       Assistant United States Attorney

15
16 Dated: January 31, 2011       /s/ Matthew Bockmon
         MATTHEW BOCKMON
         Attorney for Defendant
17       NHUNG VU

18
19 Dated: January 31, 2011       /s/ Dina Santos
         DINA SANTOS
         Attorney for Defendant
20       HUNG PHAM

21
22 Dated: January 31, 2011       /s/ Mark Reichel
         MARK REICHEL
         Attorney for Defendant
23       CUONG LONG

24
25 Dated: January 31, 2011       /s/ David Fischer
         DAVID FISCHER
         Attorney for Defendant
26       THUY TRAN

27 / / /
28 / /

1  Dated: January 31, 2011                              /s/ Michael Chastaine
                                                       MICHAEL CHASTAINE
2                                                      Attorney for Defendant
                                                       CHIEN LE
3

4  Dated: January 31, 2011                              /s/ Candace Fry
                                                       CANDACE FRY
5                                                      Attorney for Defendant
                                                       LONG BUI
6

7  Dated: January 31, 2011                              /s/ Hayes H. Gable, III
                                                       HAYES H. GABLE, III
8                                                      Attorney for Defendant
                                                       TUAN CHU
9

10 Dated: January 31, 2011                              /s/ Erin J. Radekin
                                                       ERIN J. RADEKIN
11                                                     Attorney for Defendant
                                                       DIEP VU
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 3, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 24, 2011 at 9:00 a.m. The court finds excludable time in this matter through March 24, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE