1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DIEP VU

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           |
11 |         Plaintiff,                  | 2:10-CR-00284-MCE
12 |                                     |
   | v.                                  |
13 |                                     | **STIPULATION AND ORDER TO**
   |                                     | **CONTINUE STATUS CONFERENCE**
14 | DIEP VU, et al.,                    |
15 |         Defendants.                 |
16
17

18                        **STIPULATION**

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon,

21 defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and

22 through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer,

23 defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Long Bui, by and

24 through his counsel Candace Fry, defendant Tuan Chu, by and through his counsel, Hayes H. Gable,

25 III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate

26 the date set for status conference, March 24, 2011 at 9:00 a.m., and to continue the status conference

27 to June 9, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

28 ///

1   The reason for this request is that all above-named defense counsel need additional time for
2 defense preparation and plea negotiations.  The Court is advised that Mr. Leras concurs with this
3 request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this
4 stipulation on their behalf.

5   The parties further agree and stipulate that the time period from the filing of this stipulation
6 until June 9, 2011 should be excluded in computing time for commencement of trial under the Speedy
7 Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
8 to allow continuity of counsel and to allow reasonable time necessary for effective defense
9 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
10 outweigh the best interests of the public and the defendant in a speedy trial.

11   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

12 IT IS SO STIPULATED

13
Dated: March 22, 2011                              BENJAMIN WAGNER
14                                                                      United States Attorney

15                                                                By:        /s/ Todd Leras
                                                                      TODD LERAS
16                                                                    Assistant United States Attorney

17
Dated: March 22, 2011                                          /s/ Matthew Bockmon
18                                                                    MATTHEW BOCKMON
                                                                      Attorney for Defendant
19                                                                    NHUNG VU

20
Dated: March 22, 2011                                          /s/ Dina Santos
21                                                                    DINA SANTOS
                                                                      Attorney for Defendant
22                                                                    HUNG PHAM

23
Dated: March 22, 2011                                          /s/ Mark Reichel
24                                                                    MARK REICHEL
                                                                      Attorney for Defendant
25                                                                    CUONG LONG

26
Dated: March 22, 2011                                          /s/ David Fischer
27                                                                    DAVID FISCHER
                                                                      Attorney for Defendant
28                                                                    THUY TRAN

Dated: March 22, 2011            /s/ Michael Chastaine
                                 MICHAEL CHASTAINE
                                 Attorney for Defendant
                                 CHIEN LE

Dated: March 22, 2011            /s/ Candace Fry
                                 CANDACE FRY
                                 Attorney for Defendant
                                 LONG BUI

Dated: March 22, 2011            /s/ Hayes H. Gable, III
                                 HAYES H. GABLE, III
                                 Attorney for Defendant
                                 TUAN CHU

Dated: March 22, 2011            /s/ Erin J. Radekin
                                 ERIN J. RADEKIN
                                 Attorney for Defendant
                                 DIEP VU

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of March 24, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on June 9, 2011 at 9:00 a.m.   The court finds excludable time in this matter through June 9, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE