MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Chien Minh Le

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10 CR 284 MCE |
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERNCE |
| v. | ) |
| CHIEN MINH LE, et al., | ) |
| Defendants. | ) |

    Defendant Chien Minh Le, by and through his attorney, Michael Chastaine, Hung Pham by and through his attorney Dina Santos, Long Bui by and through his attorney Candice Fry, Tuan Chu by and through his attorney Hayes Gable, Cuong Long by and through his attorney Mark Reichel, Thuy Tran by and through her attorney Dave Fisher, Nhung Vu by and through his attorney Matthew Bockman, Diep Vu by and through his attorney, Erin Radekin, and the United States, by and through Assistant United States Attorney Todd Leras, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, June 9, 2011 at 9:00 a.m. to Thursday, August 4, 2011 at 9:00 a.m.  The continuance is requested to allow counsel to continue to review the large amount of discovery and continue with settlement negotiations between the parties.   It is further stipulated that good cause exists to exclude time for continued attorney preparation and continuity of counsel.

Dated: June 7, 2011                     The CHASTAINE LAW OFFICE

                                           By: ____/s/ Michael Chastaine
                                               MICHAEL CHASTAINE
                                               Attorney for Chien Minh Le


Dated: June 7, 2011

By: \_\_\_\_/s/ Dina Santos
     DINA SANTOS
     Attorney for Hung Pham

Dated: June 7, 2011

By: \_\_\_\_/s/ Candice Fry
     CANDICE FRY
     Attorney for Long Bui

Dated: June 7, 2011

By: \_\_\_\_/s/ Hayes Gable
     HAYES GABLE
     Attorney for Tuan Chu

Dated: June 7, 2011

By: \_\_\_\_/s/ Mark Reichel
     MARK REICHEL
     Attorney for Cuong Long

Dated: June 7, 2011

By: \_\_\_\_/s/ David Fisher
     DAVID FISHER
     Attorney for Thuy Tran

Dated: June 7, 2011

By: \_\_\_\_/s/ Erin Radekin
     ERIN RADEKIN
     Attorney for Diep Vu

Dated: June 7, 2011        OFFICE OF THE FEDERAL DEFENDER

By: \_\_\_\_/s/ Matthew Bockman
     MATTHEW BOCKMAN
     Attorney for Nhung Vu

Dated: June 7, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:    /s/ Todd Leras
                                            TODD LERAS
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, June 9, 2011 at 9:00 a.m. be continued to Thursday, August 4, 2011 at 9:00 a.m. and that the period from June 9, 2011 to August 4, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: June 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3