**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00284-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DIEP VU, et al., | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 4, 2011 at 9:00 a.m., and to continue the status conference to September 29, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel need additional time for defense preparation and plea negotiations.

The Court is advised that Mr. Leras concurs with this request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 29, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 3, 2011                    BENJAMIN WAGNER
                                         United States Attorney

                                    By:       /s/ Todd Leras
                                         TODD LERAS
                                         Assistant United States Attorney

Dated: August 3, 2011                          /s/ Matthew Bockmon
                                         MATTHEW BOCKMON
                                         Attorney for Defendant
                                         NHUNG VU

Dated: August 3, 2011                          /s/ Dina Santos
                                         DINA SANTOS
                                         Attorney for Defendant
                                         HUNG PHAM

Dated: August 3, 2011                          /s/ Mark Reichel
                                         MARK REICHEL
                                         Attorney for Defendant
                                         CUONG LONG

Dated: August 3, 2011                          /s/ David Fischer
                                         DAVID FISCHER
                                         Attorney for Defendant
                                         THUY TRAN

/ / /

/ /

| | |
|---|---|
| Dated: August 3, 2011 | /s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Attorney for Defendant<br>CHIEN LE |
| Dated: August 3, 2011 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for Defendant<br>TUAN CHU |
| Dated: August 3, 2011 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>DIEP VU |

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of August 4, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on September 29, 2011 at 9:00 a.m.  The court finds excludable time in this matter through September 29, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 5, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE