1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DIEP VU

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00284-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DIEP VU, et al., | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Tuan Chu, by and through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, September 29, 2011 at 9:00 a.m., and to continue the status conference to December 1, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel need additional time for defense preparation and plea negotiations.  The Court is advised that Mr. Leras concurs with this

request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 1, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 27, 2011                               BENJAMIN WAGNER
                                                        United States Attorney

                                                  By:        /s/ Todd Leras
                                                        TODD LERAS
                                                        Assistant United States Attorney

Dated: September 27, 2011                                    /s/ Matthew Bockmon
                                                        MATTHEW BOCKMON
                                                        Attorney for Defendant
                                                        NHUNG VU

Dated: September 27, 2011                                    /s/ Dina Santos
                                                        DINA SANTOS
                                                        Attorney for Defendant
                                                        HUNG PHAM

Dated: September 27, 2011                                    /s/ Mark Reichel
                                                        MARK REICHEL
                                                        Attorney for Defendant
                                                        CUONG LONG

Dated: September 27, 2011                                    /s/ David Fischer
                                                        DAVID FISCHER
                                                        Attorney for Defendant
                                                        THUY TRAN

/ / /

/ /

| | |
|---|---|
| Dated: September 27, 2011 | /s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Attorney for Defendant<br>CHIEN LE |
| Dated: September 27, 2011 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for Defendant<br>TUAN CHU |
| Dated: September 27, 2011 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>DIEP VU |

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of September 29, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 1, 2011 at 9:00 a.m.  The court finds excludable time in this matter through December 1, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 28, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE