**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP VU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:10-CR-00284-MCE** |
| Plaintiff, | |
| v. | |
| | **STIPULATION AND ORDER TO** |
| | **CONTINUE STATUS CONFERENCE** |
| DIEP VU, et al., | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon,

defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and

through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer,

defendant Chien Le, by and through his counsel, Michael Chastaine, defendant Tuan Chu, by and

through his counsel, Hayes H. Gable, III, and defendant, Diep Vu, by and through his counsel, Erin J.

Radekin, agree and stipulate to vacate the date set for status conference, December 1, 2011 at 9:00

a.m., and to continue the status conference to January 5, 2012 at 9:00 a.m. in the courtroom of the

Honorable Morrison C. England, Jr.

///

1    The reason for this request is that all above-named defense counsel need additional time for

2  defense preparation and plea negotiations.  The Court is advised that Mr. Leras concurs with this

3  request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this

4  stipulation on their behalf.

5    The parties further agree and stipulate that the time period from the filing of this stipulation

6  until January 5, 2012 should be excluded in computing time for commencement of trial under the

7  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

8  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

9  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

10  outweigh the best interests of the public and the defendant in a speedy trial.

11    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

12  IT IS SO STIPULATED

13

14  Dated: November 30, 2011                    BENJAMIN WAGNER
                                               United States Attorney

15                                    By:_____/s/ Todd Leras_____
                                         TODD LERAS
16                                       Assistant United States Attorney

17
   Dated: November 30, 2011                    _____/s/ Matthew Bockmon_____
18                                       MATTHEW BOCKMON
                                         Attorney for Defendant
19                                       NHUNG VU

20
   Dated: November 30, 2011                    _____/s/ Dina Santos_____
21                                       DINA SANTOS
                                         Attorney for Defendant
22                                       HUNG PHAM

23
   Dated: November 30, 2011                    _____/s/ Mark Reichel_____
24                                       MARK REICHEL
                                         Attorney for Defendant
25                                       CUONG LONG

26
   Dated: November 30, 2011                    _____/s/ David Fischer_____
27                                       DAVID FISCHER
                                         Attorney for Defendant
28                                       THUY TRAN

1  Dated: November 30, 2011                    _____/s/ Michael Chastaine_____
                                               MICHAEL CHASTAINE
2                                              Attorney for Defendant
                                               CHIEN LE
3

4  Dated: November 30, 2011                    _____/s/ Hayes H. Gable, III_____
                                               HAYES H. GABLE, III
5                                              Attorney for Defendant
                                               TUAN CHU
6

7  Dated: November 30, 2011                    _____/s/ Erin J. Radekin_____
                                               ERIN J. RADEKIN
8                                              Attorney for Defendant
                                               DIEP VU
9

10                                    **ORDER**

11         For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

12  conference of December 1, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for

13  status conference on January 5, 2012 at 9:00 a.m.   The court finds excludable time in this matter

14  through January 5, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity

15  of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons

16  stipulated by the parties, the Court finds that the interest of justice served by granting the request

17  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A),

18  (h)(7)(B)(iv).

19         IT IS SO ORDERED.

20

21   Dated:  December 6, 2011

22

23                                             MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28