DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NHUNG THI VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NHUNG THI VU, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. CR-S-10-284 MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** <br><br> Date: April 12, 2012 <br> Time: 9:00 a.m. <br> Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Thursday, March 1, 2012, be vacated and a new status conference hearing date of Thursday, April 12, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and for ongoing meetings between the parties, with the goal being to resolve the cases by way of disposition. The Court is advised that all parties concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

///

1   It is further stipulated that the time period from the date of this stipulation, February 28, 2012, through
2   and including the date of the new status conference hearing, April 12, 2012, shall be excluded from
3   computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,
4   pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel
5   to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests
6   of the public and the defendants in a speedy trial.

7   DATED: March 2, 2012

8              Respectfully submitted,

9   Dated:  February 28, 2012                         DANIEL BRODERICK
                                                      Federal Defender

11                                                    */s/ Matthew C. Bockmon*
                                                      MATTHEW C. BOCKMON
12                                                    Assistant Federal Defender
                                                      Attorney for Defendant
                                                      NHUNG THI VU

14  Dated:  February 28, 2012                         */s/ Matthew C. Bockmon for*
                                                      DINA SANTOS
                                                      Attorney for Defendant
15                                                    HUNG NGOC PHAM

16  Dated:  February 28, 2012                         */s/ Matthew C. Bockmon for*
17                                                    MARK REICHEL
                                                      Attorney for Defendant
                                                      CUONG THOI LONG

19  Dated:  February 28, 2012                         */s/ Matthew C. Bockmon for*
                                                      DAVID FISCHER
                                                      Attorney for Defendant
20                                                    THUY THI TRAN

21  Dated:  February 28, 2012                         */s/ Matthew C. Bockmon for*
                                                      ERIN RADEKIN
22                                                    Attorney for Defendant
                                                      DIEP HOANG VU

24  Dated:  February 28, 2012                         BENJAMIN B. WAGNER
                                                      United States Attorney

26                                                    */s/ Matthew C. Bockmon for*
                                                      TODD LERAS
                                                      Assistant United States Attorney

Stipulation/Order                         2

ORDER

For the reasons set forth in the stipulation of the parties, filed on March 2, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 1, 2012, be vacated and that the case be set for status conference on **Thursday, April 12, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, February 28, 2012, through and including April 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE