DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NHUNG THI VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NHUNG THI VU, et al., <br><br> Defendants. | NO. CR-S-10-284 MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** <br><br> Date:  July 19, 2012 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Thursday, June 21, 2012, be vacated and a new status conference hearing date of Thursday, July 19, 2012, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and for ongoing meetings between the parties, with the goal being to resolve the cases by way of disposition. The Court is advised that all parties concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

///

1  It is further stipulated that the time period from the date of this stipulation, June 19, 2012, through and including the date of the new status conference hearing, July 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 19, 2012            DANIEL BRODERICK
                                Federal Defender

                                 */s/ Matthew C. Bockmon*
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                NHUNG THI VU

Dated: June 19, 2012             */s/ Matthew C. Bockmon for*
                                DINA SANTOS
                                Attorney for Defendant
                                HUNG NGOC PHAM

Dated: June 19, 2012             */s/ Matthew C. Bockmon for*
                                MARK REICHEL
                                Attorney for Defendant
                                CUONG THOI LONG

Dated: June 19, 2012             */s/ Matthew C. Bockmon for*
                                DAVID FISCHER
                                Attorney for Defendant
                                THUY THI TRAN

Dated: June 19, 2012             */s/ Matthew C. Bockmon for*
                                ERIN RADEKIN
                                Attorney for Defendant
                                DIEP HOANG VU

Dated: June 19, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                                 */s/ Matthew C. Bockmon for*
                                TODD LERAS
                                Assistant United States Attorney

Stipulation/Order                           2

## ORDER

For the reasons set forth in the stipulation of the parties, filed on June 19, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 21, 2012, be vacated and that the case be set for status conference on **Thursday, July 19, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 19, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, June 19, 2012, through and including July 19, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE