DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NHUNG THI VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:10-cr-00284 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| NHUNG THI VU, et al., | Date: August 9, 2012 |
| Defendants. | Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Thursday, July 19, 2012, be vacated and a new status conference hearing date of Thursday, August 9, 2012, at 9:00 a.m., be set.

The reason for this continuance is because proposed plea agreements for each of the defendants are forthcoming from the government, and defense counsel will need additional time for consideration of the plea agreements and consultation with the clients once they are received. The Court is advised that all parties concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

///

1     It is further stipulated that the time period from the date of this stipulation, July 17, 2012, through and
2  including the date of the new status conference hearing, August 9, 2012, shall be excluded from computation
3  of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18
4  U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and
5  that the ends of justice to be served by granting the continuance outweigh the best interests of the public and
6  the defendants in a speedy trial.

           Respectfully submitted,

Dated:  July 17, 2012                              DANIEL BRODERICK
                                                   Federal Defender

                                                    /s/ Matthew C. Bockmon
                                                   MATTHEW C. BOCKMON
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   NHUNG THI VU

Dated:  July 17, 2012                              /s/ Matthew C. Bockmon for
                                                   DINA SANTOS
                                                   Attorney for Defendant
                                                   HUNG NGOC PHAM

Dated:  July 17, 2012                               /s/ Matthew C. Bockmon for
                                                   MARK REICHEL
                                                   Attorney for Defendant
                                                   CUONG THOI LONG

Dated:  July 17, 2012                               /s/ Matthew C. Bockmon for
                                                   DAVID FISCHER
                                                   Attorney for Defendant
                                                   THUY THI TRAN

Dated:  July 17, 2012                               /s/ Matthew C. Bockmon for
                                                   ERIN RADEKIN
                                                   Attorney for Defendant
                                                   DIEP HOANG VU

Dated:  July 17, 2012                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                    /s/ Matthew C. Bockmon for
                                                   TODD LERAS
                                                   Assistant United States Attorney

Stipulation/Order                              2

ORDER

For the reasons set forth in the stipulation of the parties, filed on July 19, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, July 19, 2012, be vacated and that the case be set for status conference on **Thursday, August 9, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 19, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, July 17, 2012, through and including August 9, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: July 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE