1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  NHUNG THI VU

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. CR-S-10-284 MCE
                                   )
12              Plaintiff,         )   **STIPULATION AND ORDER TO VACATE**
                                   )   **STATUS CONFERENCE AND SET CHANGE**
13       v.                        )   **OF PLEA HEARING AND TO EXCLUDE**
                                   )   **TIME PURSUANT TO THE SPEEDY TRIAL**
14                                 )   **ACT**
   NHUNG THI VU, et al.,           )
15                                 )   Date:  September 6, 2012
                Defendants.        )   Time:  9:00 a.m.
16 _____ )   Judge: Morrison C. England, Jr.

17      It is hereby stipulated and agreed to between the United States of America through Todd Leras,

18 Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon,

19 Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos,

20 defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN

21 by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel,

22 Erin Radekin, that the status conference hearing date of Thursday, August 9, 2012, be vacated and a change

23 of plea hearing date of Thursday, September 6, 2012, at 9:00 a.m., be set.

24      The reason for this continuance is because proposed plea agreements for each of the defendants are

25 forthcoming from the government, and defense counsel will need additional time for consideration of the plea

26 agreements and consultation with the clients once they are received.  The Court is advised that all parties

27 concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

28 / / /

It is further stipulated that the time period from the date of this stipulation, August 7, 2012, through and including the date of the change of plea hearing, September 6, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated:  August 7, 2012            DANIEL BRODERICK
                                  Federal Defender

                                   /s/ Matthew C. Bockmon
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NHUNG THI VU

Dated:  August 7, 2012             /s/ Matthew C. Bockmon for
                                  DINA SANTOS
                                  Attorney for Defendant
                                  HUNG NGOC PHAM

Dated:  August 7, 2012             /s/ Matthew C. Bockmon for
                                  MARK REICHEL
                                  Attorney for Defendant
                                  CUONG THOI LONG

Dated:  August 7, 2012             /s/ Matthew C. Bockmon for
                                  DAVID FISCHER
                                  Attorney for Defendant
                                  THUY THI TRAN

Dated:  August 7, 2012             /s/ Matthew C. Bockmon for
                                  ERIN RADEKIN
                                  Attorney for Defendant
                                  DIEP HOANG VU

Dated:  August 7, 2012            BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Matthew C. Bockmon for
                                  TODD LERAS
                                  Assistant United States Attorney

**ORDER**

For the reasons set forth in the foregoing stipulation of the parties, filed on August 14, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, August 9, 2012, be vacated and that the case be set for change of plea hearing on **Thursday, September 6, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 14, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, August 7, 2012, through and including September 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: August 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE