1  **ERIN J. RADEKIN**
   **Attorney at Law -** SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DIEP VU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00284-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DIEP VU, et al., | |
| Defendants. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Nhung Vu, by and through his counsel, Matthew Bockmon, defendant Hung Pham, by and through her counsel, Dina Santos, defendant Cuong Long, by and through his counsel, Mark Reichel, defendant Thuy Tran, by and through her counsel, David Fischer, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, September 6, 2012 at 9:00 a.m., and to continue the status conference to October 11, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel are still engaged in plea negotiations with the government and other defense preparation. The Court is advised that Mr. Leras concurs with this request and that he, and all defense counsel named above, have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 11, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 5, 2011        BENJAMIN WAGNER
                                United States Attorney

                         By:    /s/ Todd Leras
                                TODD LERAS
                                Assistant United States Attorney

Dated: September 5, 2012        /s/ Matthew Bockmon
                                MATTHEW BOCKMON
                                Attorney for Defendant
                                NHUNG VU

Dated: September 5, 2012        /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
                                HUNG PHAM

Dated: September 5, 2012        /s/ Mark Reichel
                                MARK REICHEL
                                Attorney for Defendant
                                CUONG LONG

Dated: September 5, 2012        /s/ David Fischer
                                DAVID FISCHER
                                Attorney for Defendant
                                THUY TRAN

Dated: September 5, 2012        /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                DIEP VU

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of September 6, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on October 11, 2012 at 9:00 a.m.   The court finds excludable time in this matter through October 11, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  September 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE