```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NHUNG THI VU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-00284-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| NHUNG THI VU, et al., | |
| Defendants. | ) Date: January 24, 2013<br>) Time: 9:00 a.m.<br>) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos, defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel, Erin Radekin, that the status conference hearing date of Friday, December 7, 2012, be vacated and a status conference hearing date be set for Thursday, January 24, 2013, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time for consultation with their clients. The Court is advised that all parties concur with this request, and have authorized Mr. Bockmon to sign the stipulation on their behalf.

///

1    It is further stipulated that the time period from the date of this stipulation, December 5, 2012, through 2 and including the date of the status conference hearing, January 24, 2013, shall be excluded from computation 3 of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 4 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and 5 that the ends of justice to be served by granting the continuance outweigh the best interests of the public and 6 the defendants in a speedy trial.

                                                Respectfully submitted,

Dated:  December 5, 2012                      DANIEL BRODERICK
                                               Federal Defender

                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               NHUNG THI VU

Dated:  December 5, 2012                      */s/ Matthew C. Bockmon for*
                                               DINA SANTOS
                                               Attorney for Defendant
                                               HUNG NGOC PHAM

Dated:  December 5, 2012                      */s/ Matthew C. Bockmon for*
                                             MARK REICHEL
                                             Attorney for Defendant
                                             CUONG THOI LONG

Dated:  December 5, 2012                      */s/ Matthew C. Bockmon for*
                                             DAVID FISCHER
                                             Attorney for Defendant
                                             THUY THI TRAN

Dated:  December 5, 2012                      */s/ Matthew C. Bockmon for*
                                             ERIN RADEKIN
                                             Attorney for Defendant
                                             DIEP HOANG VU

Dated: December 5, 2012                     BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Matthew C. Bockmon for*
                                             TODD LERAS
                                             Assistant United States Attorney

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on December 6, 2012, IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, December 7, 2012, be vacated and that the case be set for change of plea hearing on **Thursday, January 24, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 6, 2012, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, December 5, 2012, through and including January 24, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE