1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  NHUNG THI VU

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   NO. CR-S-10-284 MCE
                                )
12        Plaintiff,             )  **AMENDED STIPULATION AND ORDER TO**
                                )   **CONTINUE STATUS CONFERENCE  AND**
13     v.                       )   **TO EXCLUDE TIME PURSUANT TO THE**
                                )   **SPEEDY TRIAL ACT**
14                              )
   NHUNG THI VU, et al.,        )   Date:  February 21, 2013
15                              )   Time:  9:00 a.m.
          Defendants.           )   Judge: Morrison C. England, Jr.
16 _____)

17      It is hereby stipulated and agreed to between the United States of America through Todd Leras,

18 Assistant U.S. Attorney, defendant NHUNG THI VU, by and through his counsel, Matthew C. Bockmon,

19 Assistant Federal Defender, defendant HUNG NGOC PHAM, by and through her counsel, Dina Santos,

20 defendant CUONG THOI LONG, by and through his counsel, Mark Reichel, defendant THUY THI TRAN

21 by and through her counsel David Fischer, and, defendant DIEP HOANG VU, by and through his counsel,

22 Erin Radekin, that the status conference hearing date of Thursday, January 24, 2013, be vacated and a status

23 conference hearing date be set for Thursday, February 21, 2013, at 9:00 a.m.

24      The reason for this continuance is to allow defense counsel additional time for consultation with their

25 clients.

26      It is further stipulated that the time period from the date of this stipulation, January 23, 2013, through

27 and including the date of the status conference hearing, February 21, 2013, shall be excluded from

28 computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,

1  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel
2  to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interests
3  of the public and the defendants in a speedy trial.

                                               Respectfully submitted,

Dated:  January 23, 2013                 JOSEPH SCHLESINGER
                                               Acting Federal Defender

                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               NHUNG THI VU

Dated:  January 23, 2013                 */s/ Matthew C. Bockmon for*
                                               DINA SANTOS
                                               Attorney for Defendant
                                               HUNG NGOC PHAM

Dated:  January 23, 2013                 */s/ Matthew C. Bockmon for*
                                               MARK REICHEL
                                               Attorney for Defendant
                                               CUONG THOI LONG

Dated:  January 23, 2013                 */s/ Matthew C. Bockmon for*
                                               DAVID FISCHER
                                               Attorney for Defendant
                                               THUY THI TRAN

Dated:  January 23, 2013                 */s/ Matthew C. Bockmon for*
                                               ERIN RADEKIN
                                               Attorney for Defendant
                                               DIEP HOANG VU

Dated: January 23, 2013                 BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Matthew C. Bockmon for*
                                               TODD LERAS
                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NHUNG THI VU, et al.,<br><br>　　　　　　　　Defendants.<br>_____ | ) CASE NO. CR-S-10-284 MCE<br>)<br>)<br>) **PROPOSED ORDER VACATING STATUS**<br>) **CONFERENCE AND SETTING CHANGE OF**<br>) **PLEA HEARING AND EXCLUDING TIME**<br>) **PURSUANT TO THE SPEEDY TRIAL ACT**<br>)<br>)<br>)<br>) |

For the reasons set forth in the stipulation of the parties, filed on January 23, 2013,  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, January 24, 2013, be vacated and that  a new status conference hearing be set on **Thursday, February 21, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 23, 2013, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, January 23, 2013, through and including February 21, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  January 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stipulation/Order                                                                     1